**Order filed February 2, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-01041-CR

———————

**JEHASHIBA P. DOUBOUT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1245830**

---

## ORDER

The reporter's record in this case was due **December 27, 2011**. *See* Tex. R. App. P. 35.1. **Cynthia J. Lee** has not filed an extension of time to file the record. The record has not been filed with the court. We therefore issue the following order.

We order **Cynthia J. Lee** to file the record in this appeal **within 30 days of the date of this order.** If **Cynthia J. Lee** does not timely file the record as ordered, the court may issue a show cause order directing her to appear before this court on a date certain to show cause why she should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM